# Exhibit 1

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 3,159,930

**United States Patent and Trademark Office**    Registered Oct. 17, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# YARIS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JA-
PAN CORPORATION), TA TOYOTA MOTOR
CORPORATION,
1, TOYOTA-CHO
TOYOTA-SHI, AICHI-KEN, JAPAN 471-8571

FOR: MOTOR CARS AND STRUCTURAL PARTS
THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

FIRST USE 3-20-2006; IN COMMERCE 3-20-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-401,893, FILED 4-14-2004.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,247,860

Registered May 29, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## TUNDRA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JA-
PAN CORPORATION)
1, TOYOTA-CHO
TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

SN 75-493,787, FILED 6-1-1998.

K. MARGARET LE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,650,486

## United States Patent and Trademark Office

Registered Nov. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TACOMA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JA-
PAN CORPORATION), TA TOYOTA MOTOR
CORPORATION,
1, TOYOTA-CHO, TOYOTA-SHI
AICHI, 471-8571, JAPAN

    FOR: PICK-UP TRUCKS AND STRUCTURAL
PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

OWNER OF U.S. REG. NO. 1,933,499.

SN 76-234,533, FILED 4-3-2001.

EVELYN BRADLEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# SUPRA

**Reg. No. 5,932,399**

**Registered Dec. 10, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, Toyota-cho
Toyota-shi, Aichi-ken, JAPAN 471-8571

CLASS 12: Automobiles and structural parts thereof

FIRST USE 7-20-2019; IN COMMERCE 7-20-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-310,304, FILED 01-23-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,145,102

Registered Mar. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## SIENNA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION,
1, TOYOTA-CHO
TOYOTA-SHI, AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9–19–1997; IN COMMERCE 9–19–1997.

SN 75–037,031, FILED 12–26–1995.

CINDI GREENBAUM, EXAMINING ATTOR-NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,462,106

Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## SEQUOIA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JA-PAN CORPORATION), TA TOYOTA MOTOR CORPORATION,
1, TOYOTA-CHO
TOYOTA-SHI
AICHI KEN, JAPAN

FOR: MOTOR CARS AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-1-2000; IN COMMERCE 11-1-2000.

SN 75-477,840, FILED 5-1-1998.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,854,126

## United States Patent and Trademark Office

Registered Sep. 13, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## 4RUNNER

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION,
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 12-1-1983; IN COMMERCE 12-15-1983.
OWNER OF U.S. REG. NO. 1,340,581.

SN 74–356,499, FILED 2–8–1993.

STEPHEN JEFFRIES, EXAMINING ATTOR-NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,171,261

United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## RAV4

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2–19–1996; IN COMMERCE 2–19–1996.

SER. NO. 75–300,849, FILED 5–30–1997.

ANDREW BAXLEY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Corrected

Reg. No. 2,485,614

Registered Sep. 4, 2001

OG Date Mar. 26, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## PRIUS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), AKA TOYOTA MOTOR CORPORATION , 1, TOYOTA-CHO, TOYOTA-SHI AICHI-KEN, JAPAN

FOR: [ LAND VEHICLES, NAMELY, ] AUTOMOBILES[ , TRUCKS, VANS, AND SPORT UTILITY VEHICLES; HYBRID

LAND VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS AND SPORT UTILITY VEHICLES; ] AND STRUCTURAL PARTS * THEREFOR * [ FOR THE AFORESAID VEHICLES ], IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-0-2000; IN COMMERCE 8-0-2000.

SER. NO. 75-534,536, FILED 8-11-1998.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 26, 2002.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 2,590,587**

## United States Patent and Trademark Office

**Registered July 9, 2002**

## TRADEMARK
### PRINCIPAL REGISTER

## LAND CRUISER

TOYOTA MOTOR CORPORATION (JAPAN COR-
PORATION)
1, TOYOTA, TOYOTA, AICHI
471-8572, JAPAN

    FOR: AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 6-4-1962; IN COMMERCE 6-4-1962.

SER. NO. 76-078,863, FILED 6-28-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,249,838

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## HIGHLANDER

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION, 1, TOYOTA-CHO, TOYOTA-SHI AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-2-1998; IN COMMERCE 9-2-1998.

SN 74–622,670, FILED 1–18–1995.

ANITA ODONOVICH, EXAMINING ATTOR-NEY

# United States of America

## United States Patent and Trademark Office

# COROLLA

**Reg. No. 867,434**

**Registered Apr. 01, 1969**

**Amended Feb. 26, 2019**

**U.S. Cl.: 19**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION

1 Toyota-cho
Toyota-shi, Aichi-ken, JAPAN 4718571

CLASS 19: MOTORCARS AND PARTS THEREOF

FIRST USE 11-00-1966; IN COMMERCE 1-00-1967

SER. NO. 72-298,644, FILED 05-20-1968



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# C-HR

**Reg. No. 5,256,854**

**Registered Aug. 01, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Toyota Jidosha Kabushiki Kaisha (JAPAN CORPORATION), TA Toyota Motor Corporation
,
1, Toyota-cho
Toyota-shi, Aichi-ken JAPAN 471-8571

CLASS 12: automobiles and structural parts thereof

FIRST USE 4-18-2017; IN COMMERCE 4-18-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-752,697, FILED 09-10-2015
APRIL ANNE HESIK, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cl.: 19

**Reg. No. 1,262,925**

## United States Patent and Trademark Office

Registered Jan. 3, 1984

### TRADEMARK
#### Principal Register

## CAMRY

Toyota Jidosha Kabushiki Kaisha (Toyota Motor
  Corporation) (Japan corporation)
1, Toyota-cho
Toyota-shi, Aichi-ken, Japan

For: AUTOMOBILES AND STRUCTURAL
PARTS THEREOF, in CLASS 12 (U.S. Cl. 19).
  Owner of Japan Reg. No. 1,519,422, dated Jun. 29,
1982, expires Jun. 29, 1992.

  Ser. No. 403,079, filed Nov. 18, 1982.

DAVID H. STINE, Examining Attorney

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,115,623

Registered Nov. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## TOYOTA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: VEHICLE ANTI-THEFT SYSTEMS COMPRISING RADIO FREQUENCY TRANS-MITTERS, RADIO FREQUENCY RECEIVERS, STATUS MONITORS, GLASS BREAKAGE SENSOR UNITS, ELECTRONIC CONTROL UNITS, DASHBOARD SIGNAL LIGHTS, VE-HICULAR HORN ACTIVATORS, VEHICULAR LIGHT ACTIVATORS, AND DASHBOARD CONTROL SWITCHES, IN VARIOUS COMBI-NATIONS OF COMPONENTS, SOLD AS A UNIT AND INDIVIDUALLY AS REPAIR OR REPLACEMENT PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-1-1990; IN COMMERCE 10-1-1990.

OWNER OF U.S. REG. NOS. 843,138, 1,338,339 AND OTHERS.

THE JAPANESE WORD "TOYOTA" MAY BE TRANSLATED AS "RICHFIELD".

SER. NO. 75-144,219, FILED 7-25-1996.

BARBARA GAYNOR, EXAMINING ATTOR-NEY

Int. Cls.: 6, 7, 8, 9, 11, 12, 14, 17, 24 and 27

Prior U.S. Cls.: 1, 8, 13, 19, 21, 23, 24, 25,
    26, 27, 31, 32, 34, 35, 36, 42 and 50

Reg. No. 1,721,365

Registered Oct. 6, 1992

## United States Patent and Trademark Office

## TRADEMARK
### PRINCIPAL REGISTER

## TOYOTA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION

1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: PARTS AND COMPONENTS MADE OF METAL FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, WHEEL CHOCKS FOR LAND VEHICLES, LOCK CYLINDER AND KEY SETS, KEY BLANKS, CYLINDER HEAD GASKETS FOR INTERNAL COMBUSTION ENGINES, BOLTS, NUTS, WASHERS, PULLEYS, BRACKETS, SHROUDS, SPACERS, RIVETS, SCREWS, METALLIC PLATES, CLIPS, PLUGS, TUBING, SPRINGS, ELBOWS FOR PIPING AND TUBING, MOTION LIMITING STOPS, COTTER PINS, SHAFT PINS, SHAFTS, HOUSINGS, COVERS, HANGERS, CLAMPS, SUPPORTS, BAFFLES, SNAP RINGS, SHAFT KEYS, COLLARS, GROMMETS, UNIONS, SHIMS, TURNBUCKLES, DRAIN COCKS, GREASE FITTINGS , IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, WINCHES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; WINCH KITS; ALTERNATORS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; WINCH KITS; ALTERNATORS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; GENERATORS, AND PARTS THEREOF, AND

MOUNTING HARDWARE THEREFOR; STARTER PARTS AND COMPONENTS; NAMELY, CLUTCH ASSEMBLIES AND PARTS THEREOF; HOUSING ASSEMBLIES AND PARTS THEREOF; IGNITION PARTS FOR INTERNAL COMBUSTION ENGINES; NAMELY, GLOW PLUGS, CABLES, SPARK PLUGS, COILS, POINTS, CONDENSERS, ROTORS, DISTRIBUTORS AND PARTS THEREOF, DISTRIBUTOR CAPS, VACUUM ADVANCES; INTERNAL COMBUSTION ENGINE PARTS; NAMELY, PISTONS, PISTON SETS, PISTON RINGS, PISTON RING SETS, PISTON CONNECTING ROD SUBASSEMBLIES AND PARTS THEREOF, PISTON SUBASSEMBLIES WITH PINS, INTAKE VALVES, EXHAUST VALVES; CARBURETORS AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; THROTTLE LINKAGE PARTS; IDLE ADJUSTMENT PARTS; FUEL INJECTION PUMPS AND PARTS THEREOF AND HOUSING THEREFOR; THROTTLE BODY ASSEMBLIES AND PARTS THEREOF; TURBOCHARGER ASSEMBLIES, FUEL INJECTOR ASSEMBLIES, TUNE-UP KITS, CARBURETOR KITS, CHOKE CONTROL KITS, ROTOR KITS, IGNITION KITS, GOVERNOR COVERS, JOURNAL BEARINGS, THRUST BEARINGS, ROLLER BEARINGS, BALL BEARINGS, BUSHINGS; COMPRESSORS FOR AIR CONDITIONERS AND PARTS THEREOF; COMPRESSOR CLUTCHES AND PARTS THEREOF, IN CLASS 7 (U.S. CLS. 19, 21, 23 AND 24).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

2            1,721,365

FOR: HAND TOOLS; NAMELY, BODY COMPRESSORS FOR MOTOR VEHICLES; WHEEL LUG WRENCHES, FUSE PULLERS, SCREWDRIVERS, EXTENSION BARS, PLIERS, HAMMERS, OFFSET WRENCHES, HUB NUT WRENCHES, SOCKET WRENCHES, SPARK PLUG WRENCHES, WRENCHES, HAND OPERATED LIFTING JACKS FOR LAND VEHICLES, AND PARTS THEREOF, AND CARRIERS THEREFOR; IN CLASS 8 (U.S. CL. 23).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, THERMOSTATIC VALVES, COMPUTERS AND COMPUTER ASSEMBLIES, SPEEDOMETER ASSEMBLIES, AND PARTS THEREOF, AND CABLES THEREFOR; SPEEDOMETER DRIVEN GEARS, SPEED SENSORS, COMBINATION METERS, TOTAL COUNTERS, TACHOMETER ASSEMBLIES AND PARTS THEREOF; OIL LEVEL GAUGES, FUEL GAUGE ASSEMBLIES AND RECEIVERS THEREFOR, TEMPERATURE GAUGE ASSEMBLIES AND RECEIVERS THEREFOR; AMMETER ASSEMBLIES, PRESSURE GAUGE ASSEMBLIES AND RECEIVERS THEREFOR; PRESSURE SWITCH ASSEMBLIES, VOLTAGE METER ASSEMBLIES, CLINOMETERS, AUDIO COMPONENTS FOR AUTOMOBILES; ANTENNAS, AND CORDS THEREFOR, AND MOUNTING HARDWARE THEREFOR; MICROPHONES, SPEAKERS, AND GRILLES THEREFOR, AND MOUNTING HARDWARE THEREFOR; SPEAKER KITS, TAPE PLAYERS, TAPE PLAYER KITS; RADIO RECEIVERS AND MOUNTING HARDWARE THEREFOR; RADIO RECEIVERS COMBINED WITH TAPE PLAYERS, GRAPHIC EQUALIZERS, AUDIO AMPLIFIERS, BATTERIES, ELECTRICAL CABLES, WIRING HARNESSES; STARTER PARTS AND COMPONENTS; NAMELY, YOKE ASSEMBLIES AND PARTS THEREOF; STARTER COILS, COMMUTATOR FRAME ASSEMBLIES AND PARTS THEREOF, BRUSHES, BRUSH HOLDER ASSEMBLIES AND PARTS THEREOF, STARTER SWITCH ASSEMBLIES, ARMATURE ASSEMBLIES AND PARTS THEREOF; ELECTRIC CURRENT RECTIFIERS, VOLTAGE REGULATORS, PREHEATING TIMERS, GLOW PLUG SENSORS, ELECTRICAL FUSES, ELECTRICAL FUSE BLOCKS AND COVERS THEREFOR; TURN SIGNAL SWITCH ASSEMBLIES; ELECTRICAL SWITCH ASSEMBLIES AND PARTS THEREOF; RHEOSTATS, FUEL REGULATORS, AIR FLOW METERS, ELECTRIC RELAYS, SOLENOID ASSEMBLIES; SOLENOID VALVES, AUTOMATIC CONTROL

VALVES, TEMPERATURE SENSORS, FLUID PRESSURE SENSORS, FLUID LEVEL SENSORS, TACHOMETER INPUT SENSORS, THROTTLE POSITION SENSORS, OXYGEN SENSORS, KNOCK CONTROL SENSORS, MAGNET SWITCH ASSEMBLIES, SIGNAL GENERATORS, CIGARETTE LIGHTER ASSEMBLIES, AND PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 8, 21, 26, 32 AND 36).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, COOL BOXES, AND ACCESSORIES THEREFOR, ICE MAKER KITS; STOVES AND PARTS THEREOF, AIR CONDITIONING SYSTEMS; COMPONENTS AND PARTS OF AIR CONDITIONING SYSTEMS; NAMELY, COOLER/ACCESSORY ASSEMBLIES, COOLERS, CONDENSERS, COOLING FANS, EVAPORATORS, COOLING UNIT ASSEMBLIES, BLOWER MOTOR ASSEMBLIES AND PARTS THEREOF; AIR CONDITIONER KITS, PARTS AND COMPONENTS FOR CABIN HEATING AND VENTILATION; NAMELY, COWL PANEL SUBASSEMBLIES, COWL VENT DOORS, COWL VENT LOUVERS, AIR DUCT SCREENS, AIR DUCT ASSEMBLIES AND PARTS THEREOF; VENTILATION CONTROL ASSEMBLIES AND PARTS THEREOF, HEATER CONTROL ASSEMBLIES AND PARTS THEREOF, CONTROL CABLE SUBASSEMBLIES AND PARTS THEREOF, BLOWER ASSEMBLIES AND PARTS THEREOF, RADIATOR ASSEMBLIES AND PARTS THEREOF, HEATER CORES, REAR HEATERS AND ACCESSORIES THEREFOR, HEATER VALVE ASSEMBLIES; LAMP HOUSING ASSEMBLIES AND PARTS THEREOF; LAMPS; SEALED BEAM HOUSING ASSEMBLIES AND PARTS THEREOF; SEALED BEAMS, HEADLAMP KITS, FOG LAMP COVERS, LENS KITS, HEADLAMP DOORS, REAR WINDOW DEFOGGERS, IN CLASS 11 (U.S. CLS. 21, 31 AND 34).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS, NAMELY, MAIN BODIES AND COMPONENTS THEREOF; REAR SHORT BODY ASSEMBLIES, REAR LONG BODY ASSEMBLIES; MOULDINGS BEING BODY PARTS, RR L/GUARD BODY ASSEMBLIES, SHORT L/GUARD BED ASSEMBLIES, LONG L/GUARD BED ASSEMBLIES, LONG BED BODY ASSEMBLIES, SHORT BED BODIES, COMPLETE BED ASSEMBLIES; TAILGATES AND PARTS THEREOF, AND MOUNTING HARDWARE

3

THEREFOR; MIRRORS, AND ACTUATORS THEREFOR, AND MOUNTING HARDWARE THEREFOR, AND COVERS THEREFOR; CONSOLES AND PARTS THEREOF; TOP SHELLS; BODY DOOR ASSEMBLIES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; INTERIOR TRIM PANELS AND PARTS THEREOF; SEAT ASSEMBLIES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; SEAT COVERS; BODY PANELS; DECK LIDS; TRUNK PANELS, HOOD WINDOWS AND MOUNTING HARDWARE THEREFOR; WINDSHIELDS AND MOUNTING HARDWARE THEREFOR; FRAMES AND PARTS THEREOF; SPARE WHEEL CARRIERS AND PARTS THEREOF; BUMPERS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; RADIATOR GRILLES; ORNAMENTS; RADIATORS, AND PARTS THEREOF, AND CAPS THEREFOR; RADIATOR SUPPORT ASSEMBLIES AND PARTS THEREOF; RADIATOR BAFFLE ASSEMBLIES AND PARTS THEREOF; RADIATOR RESERVE TANKS AND PARTS THEREOF; HOOD FRONT PROTECTORS; LOCKS, AND PARTS THEREOF, AND RELEASES THEREFOR; SPLASH SHIELDS; STONE DEFLECTORS; INSTRUMENT PANELS; DASH PANELS; SAFETY PADS; GLOVE COMPARTMENT DOORS AND PARTS THEREOF; SILENCER PADS, ROOF RAILS; ROOF CHANNELS; BODY TRIM; SUNSHADE TRIM ASSEMBLIES AND PARTS THEREOF; LOUVERS; SLIDING ROOFS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; ROOF HEADLINING ASSEMBLIES AND PARTS THEREOF; REMOVABLE ROOFS AND MOUNTING HARDWARE THEREFOR; LUGGAGE COMPARTMENT COVERS; PACKAGE TRAYS AND PARTS THEREOF; TONNEAU COVERS AND HOLDERS THEREFOR; LUGGAGE COMPARTMENT DOORS AND PARTS THEREOF; LUGGAGE COMPARTMENT TRAYS; PARCEL COVERS; SAFETY BELT ASSEMBLIES; SEAT ADJUSTER ASSEMBLIES AND PARTS THEREOF; TABLES AND PARTS THEREOF; SUN VISOR ASSEMBLIES AND PARTS THEREOF; BATTERY CARRIERS AND PARTS THEREOF; LICENSE PLATE BRACKET ASSEMBLIES AND PARTS THEREOF; EMBLEMS; ORNAMENTS; SPOILER ASSEMBLIES AND PARTS THEREOF, AND COVERS THEREFOR, AND PROTECTORS THEREFOR; FINISHERS; MUDGUARD ASSEMBLIES AND PARTS THEREOF; FUEL TANK ASSEMBLIES AND PARTS THEREOF; FUEL TANK COVER ASSEMBLIES, FUEL CAPS; FUEL EXPANSION TANKS; CHARCOAL CANISTERS, ENGINE BLOCK HEATERS; CARGO COVERS, VEHICLE COVERS; MASKS; CARGO SCREENS; ICE BOXES, AIR HORNS, STEERING WHEEL COVERS; FOOT RESTS; LUGGAGE BELT ASSEMBLIES AND HOLDERS THEREFOR; DECK BOARD ASSEMBLIES AND PARTS THEREOF; SEAT MATS, SEAT CUSHION SHIELDS; ASH RECEPTACLES, FOOT PEDALS; FOOT PEDAL LINKAGE ASSEMBLIES AND PARTS THEREOF; FOOT PEDAL CABLE ASSEMBLIES AND PARTS THEREOF; AUTOMATIC DRIVE CABLE ASSEMBLIES, CHOKE CABLE ASSEMBLIES, CHOKE ROD ASSEMBLIES, CHOKE OPENERS; BREAKERS; WATER PUMPS AND PARTS THEREOF; OIL COOLER ASSEMBLIES AND PARTS THEREOF; ENGINE COOLING FANS AND SHROUDS THEREFOR; TRIM RINGS; TRANSAXLES AND PARTS THEREOF; TORQUE CONVERTERS AND PARTS THEREOF; TRANSMISSIONS AND PARTS THEREOF; SHIFT ASSEMBLIES AND PARTS THEREOF; TRANSFER ASSEMBLIES AND PARTS THEREOF; DIFFERENTIAL CARRIER ASSEMBLIES; DIFFERENTIALS AND PARTS THEREOF; AXLE HOUSING ASSEMBLIES AND PARTS THEREOF; DRIVE SHAFT ASSEMBLIES AND PARTS THEREOF; BRAKE DRUMS, WHEEL HUBS, DISC WHEELS, WHEEL CAPS, HUB CAPS, WHEEL COVERS, WHEEL CAP RINGS; CLUTCH PARTS; NAMELY, HOUSINGS; COVERS; FORKS, PRESSURE PLATES, RELEASE BEARINGS, DISCS, PEDAL ASSEMBLIES AND PARTS THEREOF; CABLES, CYLINDERS AND PARTS THEREOF; BRAKE PARTS; NAMELY, CALIPER ASSEMBLIES AND PARTS THEREOF, PADS, PAD WEAR INDICATING ASSEMBLIES AND PARTS THEREOF, SHOES AND PARTS THEREOF AND LINING THEREFOR, PEDAL ASSEMBLIES AND PARTS THEREOF, CYLINDERS; BOOSTERS AND PARTS THEREOF, PROPORTIONING VALVE ASSEMBLIES, PARKING BRAKE ASSEMBLIES AND PARTS THEREOF; STEERING SYSTEM COMPONENTS; NAMELY, STEERING WHEELS AND PARTS THEREOF, STEERING COLUMN ASSEMBIES AND PARTS THEREOF, STEERING WHEEL TILTING ASSEMBLIES AND PARTS THEREOF, TIE ROD ASSEMBLIES AND PARTS THEREOF, IDLER ARM ASSEMBLIES AND PARTS THEREOF, WORM ASSEMBLIES AND PARTS THEREOF, STEERING RACKS AND RACK ASSEMBLIES, STEERING PINIONS, BALL JOINT ASSEMBLIES AND PARTS THEREOF, STEERING KNUCKLES AND PARTS THEREOF, VALVE ASSEMBLIES AND PARTS THEREOF, PUMPS AND PARTS THEREOF; OIL RESERVOIRS AND PARTS

4                     1,721,365

THEREOF; SUSPENSION COMPONENTS; NAMELY, ARM ASSEMBLIES AND PARTS THEREOF; SPRING ASSEMBLIES AND PARTS THEREOF; SHOCK - ABSORBER ASSEMBLIES AND PARTS THEREOF INCLUDING SHOCK ABSORBERS AND STRUT CARTRIDGES, STABILIZER BARS; ENGINE ASSEMBLIES, SHORT BLOCK ASSEMBLIES, PARTIAL ENGINE ASSEMBLIES, CYLINDER HEAD ASSEMBLIES, ENGINE PARTS AND COMPONENTS; NAMELY, CYLINDER HEADS, CYLINDER HEAD HOUSINGS, CYLINDER HEAD COVER SUBASSEMBLIES AND PARTS THEREOF; VALVE SEATS, VALVE GUIDES, VALVE LIFTERS, VALVE PUSH RODS, ROCKER ARM ASSEMBLIES AND PARTS THEREOF, ENGINE BLOCKS, CRANKSHAFTS, CAMSHAFTS, CAMSHAFT HOUSINGS, COMBUSTION CHAMBERS, CYLINDER LINERS, CONNECTING RODS, FLYWHEEL SUB-ASSEMBLIES AND PARTS THEREOF, OIL PUMPS AND PARTS THEREOF; OIL FILTERS AND HOLDERS THEREFOR; TIMING GEAR CASE SUB-ASSEMBLIES AND PARTS THEREOF, TIMING CHAINS, TIMING BELTS, TIMING GEARS, TIMING SPROCKETS, TIMING TENSIONERS, TIMING VIBRATION DAMPERS, FLYWHEEL COVERS, OIL PANS, OIL FILLER CAPS, POSITIVE CRANKCASE VENTILATION VALVES, ENGINE-DRIVEN BELTS, CATALYTIC CONVERTERS AND MOUNTING HARDWARE THEREFOR; ENGINE EXHAUST MANIFOLDS; EXHAUST PIPES AND MOUNTING HARDWARE THEREFOR; TAIL PIPES AND MOUNTING HARDWARE THEREFOR AND BAFFLES THEREFOR; MUFFLERS AND MOUNTING HARDWARE THEREFOR; FUEL PUMPS AND PARTS THEREFOR; FUEL FILTER ELEMENTS AND HOLDERS THEREFOR; ENGINE INTAKE MANIFOLDS, ENGINE INTAKE AIR VALVE ASSEMBLIES, ENGINE INTAKE INJECTION MANIFOLDS, AIR PUMPS AND PARTS THEREOF; ENGINE VACUUM SWITCH VALVE ASSEMBLIES, AIR CLEANER ELEMENTS AND HOLDERS THEREFOR; TRANSMISSION OVERHAUL KITS, STRIPES KITS, TIMING KITS, BEARING KITS, MUDGUARD KITS, PANEL KITS, WORM KITS FOR POWER STEERING, WATER PUMP KITS, WATER PUMP ROTOR KITS, FUEL PUMP KITS, HYDRUALIC CYLINDER KITS, TRANSAXLE OVERHUAL KITS, BOOSTER KITS, CYLINDER KITS, CUP KITS, SPRING KITS, SHACKLE KITS, PIN KITS, SHAFT KITS, SHOCK ABSORBER KITS, BRAKE PAD KITS, BRAKE SHOE KITS, THEFT KITS, BUMPER KITS, GRAVEL SHIELD KITS, DRIVELINE SHUDDER KITS, DROP HITCH RECEIVERS AND BRACKETS THEREFOR; TUBE HITCHES, MOTOR/PUMP ASSEMBLIES, INTAKE AIR SURGE TANKS, VACUUM PUMPS AND PARTS THEREOF; COOLING UNIT ASSEMBLIES, AIR SWITCH VALVE ASSEMBLIES, JOINT SHAFT ASSEMBLIES, FLOOR PAN ASSEMBLIES AND PARTS THEREOF; GARNISHES, COVER RETRACTOR ASSEMBLIES, COVER TOPS, TURN SIGNAL FLASHER ASSEMBLIES AND PARTS THEREOF; WIPER MOTOR/LINK ASSEMBLIES AND PARTS THEREOF; WIPER ARM/BLADE ASSEMBLIES AND PARTS THEREOF; WINDSHIELD WASHERS AND PARTS THEREOF; MOTOR ASSEMBLIES AND PARTS THEREOF FOR OPERATING MOVABLE VEHICLE BODY COMPONENTS; ELECTRIC HORNS, ELECTRIC BUZZERS, VACUUM SPEED CONTROL PUMP ASSEMBLIES, TOW HITCHES, RACKS FOR CARRYING ITEMS, STARTER ASSEMBLIES AND HOUSING THEREFOR, FITTED COVERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23 AND 25).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, CLOCKS AND PARTS THEREOF, IN CLASS 14 (U.S. CL. 27).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, GASKETS, GASKET KITS, BOOTS, BOOT KITS, SEALS, TUBING, O-RINGS, DIAPHRAGMS, THERMAL INSULATORS, HOSES, PLASTIC KNOBS, PACKING COIL, IN CLASS 17 (U.S. CLS. 1 AND 35).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, CURTAINS, DRAPERIES, IN CLASS 24 (U.S. CL. 42).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, FLOOR MATS, CARPETS , IN CLASS 27 (U.S. CLS. 19, 42 AND 50).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

OWNER OF U.S. REG. NOS. 843,137, 1,518,813 AND OTHERS.

THE ENGLISH TRANSLATION OF "TOYOTA" IS "RICHFIELD".

SER. NO. 74-138,525, FILED 2-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

Int. Cls.: 1 and 4

Prior U.S. Cls.: 6 and 15

## United States Patent and Trademark Office

Reg. No. 1,589,552
Registered Apr. 3, 1990

### TRADEMARK
#### PRINCIPAL REGISTER

## TOYOTA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), AKA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: BRAKE FLUID AND TRANSMISSION FLUID FOR USE IN MOTOR VEHICLES, IN CLASS 1 (U.S. CL. 6).
FOR: LUBRICATING OILS AND LUBRICATING GREASES FOR USE IN MOTOR VEHICLES, IN CLASS 4 (U.S. CL. 15).

OWNER OF JAPAN REG. NO. 1570566, DATED 2-25-1983, EXPIRES 2-25-1993.
OWNER OF U.S. REG. NOS. 843,137, 843,138, AND 1,274,261.
THE ENGLISH TRANSLATION OF THE WORD "TOYOTA" IN THE MARK IS "RICH-FIELD".

SER. NO. 73-766,767, FILED 12-1-1988.

MICHELLE S. WISEMAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 843,138
Registered Jan. 30, 1968
OG Date Aug. 1, 1989

Renewal

## TRADEMARK
## PRINCIPAL REGISTER

# TOYOTA

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN 471, BY CHANGE OF NAME FROM TOYOTA MOTOR COMPANY, LTD. (JAPAN CORPORATION) AICHI-KEN, JAPAN

THE ENGLISH TRANSLATION OF "TOYOTA" IS "RICHFIELD."

FOR: AUTOMOBILES AND MOTOR TRUCKS, IN CLASS 19 (INT. CL. 12).

FIRST USE 3–29–1958; IN COMMERCE 3–29–1958.

SER. NO. 273,449, FILED 6–9–1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 1, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

843,138
Registered Jan. 30, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 273,449, filed June 9, 1967

# TOYOTA

Toyota Motor Company, Ltd. (Japanese corporation)
1 Toyota-cho
Toyoda-shi, Aichi-ken, Japan

For: AUTOMOBILES AND MOTOR TRUCKS, in CLASS 19.
   First use Mar. 29, 1958; in commerce Mar. 29, 1958.
The English translation of "Toyota" is "Richfield."

G. R. LEADER, *Examiner.*

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,797,716
Registered Oct. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER



TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO
TOYOTA-SHI, AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19). PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. HEI–1–39609, FILED

4–7–1989, REG. NO. 2478967, DATED 11–30–1992, EXPIRES 11–30–2002.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF THE LETTER "T".

SER. NO. 73–825,666, FILED 9–15–1989.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: 6, 7, 9, 12, 14, 16, 18, 21, and 25

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 44, and 50

**United States Patent and Trademark Office**

Reg. No. 2,823,668
Registered Mar. 16, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## TRD

TOYOTA JIDOSHA KABUSHIKI KAISHA (JA-PAN CORPORATION), TA TOYOTA MOTOR CORPORATION,
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: METALLIC PARTS OF AUTOMOBILES, NAMELY METAL FASTENERS FOR USE IN AUTO-MOBILES, NAMELY NUTS, BOLTS, SCREWS AND WASHERS; METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1998.

FOR: AUTOMOBILE EXHAUST MANIFOLDS AND ENGINE MUFFLERS; MECHANICAL PARTS OF AUTOMOBILE ENGINES; OIL FILTERS FOR ENGINES; METAL AND NON-METAL GASKETS FOR USE IN RETAINING AND SEALING FLUIDS IN AUTOMOBILE ENGINES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: ELECTRICAL AND ELECTRONIC PARTS OF AUTOMOBILES, NAMELY, PRESSURE GAU-GES, VEHICLE TEMPERATURE SENSORS, VEHI-CLE FLUID PRESSURE SENSORS, VEHICLE THROTTLE POSITION SENSORS, AND ELECTRIC WIRING HARNESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: STRUCTURAL PARTS OF AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: AUTOMOBILE MANUALS, PENS, PENCILS, AND DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-SHIRTS, WIND RESISTANT JACKETS, HATS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

SN 76-033,721, FILED 4-25-2000.

WON TEAK OH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CRAFTED FOR LEXUS

**Reg. No. 5,868,865**

**Registered Sep. 24, 2019**

**Int. Cl.: 9, 11, 14, 16, 18, 21**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, Toyota-cho
Toyota-shi, Aichi-ken, JAPAN 471-8571

CLASS 9: Sunglasses

FIRST USE 11-15-2018; IN COMMERCE 11-15-2018

CLASS 11: Handy lights, namely, hand-held flashlights

FIRST USE 11-15-2018; IN COMMERCE 11-15-2018

CLASS 14: Clocks

FIRST USE 5-15-2019; IN COMMERCE 5-15-2019

CLASS 16: Memo blocks, namely, notepads

FIRST USE 11-15-2018; IN COMMERCE 11-15-2018

CLASS 18: Bags, namely, leather bags and hand bags

FIRST USE 11-15-2018; IN COMMERCE 11-15-2018

CLASS 21: Candle holders, flower vases, non-electric coffee drippers for brewing coffee

FIRST USE 11-15-2018; IN COMMERCE 11-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CRAFTED FOR"

SER. NO. 87-478,721, FILED 06-07-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h**ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,803,480**

**Registered Jul. 16, 2019**

**Int. Cl.: 21, 25**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA  (JAPAN CORPORATION), TA TOYOTA
MOTOR CORPORATION
1, Toyota-cho, Toyota-shi,
Aichi-ken, JAPAN 471-8571

CLASS 21: drinkware

FIRST USE 2-29-1996; IN COMMERCE 2-29-1996

CLASS 25: clothing, namely, t-shirts, shirts, vests, sweatshirts, sweaters, jackets, hats and
caps

FIRST USE 2-29-1996; IN COMMERCE 2-29-1996

The mark consists of a stylized letter "L" in an oval design.

OWNER OF U.S. REG. NO. 1619755, 2463610

SER. NO. 87-947,526, FILED 06-04-2018

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,805,350**

**Registered June 22, 2010**

**Int. Cls.: 9 and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR
    CORPORATION
1, TOYOTA-CHO
TOYOTA-SHI, AICHI-KEN, JAPAN 471-8571

FOR: SOLAR POWERED MOBILE RECHARGERS FOR MOBILE TELEPHONES AND PER-
SONAL MUSIC PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2008; IN COMMERCE 9-30-2008.

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, GOLF TOWELS, IN CLASS 24 (U.S.
CLS. 42 AND 50).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

OWNER OF U.S. REG. NOS. 1,574,718, 3,463,476 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED "L" INSIDE A CIRCLE AND THE WORD "LEXUS"
BELOW.

SER. NO. 77-574,566, FILED 9-19-2008.

STEVEN JACKSON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cls.: 14, 16, 18, 21 and 28**

**Prior U.S. Cls.: 1, 2, 3, 5, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 40, 41 and 50**

**Reg. No. 2,852,290**

## United States Patent and Trademark Office

Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER



TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-1-1990; IN COMMERCE 10-1-1990.

FOR: BINDERS AND BUSINESS CARD HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-1990; IN COMMERCE 10-1-1990.

FOR: TRAVELING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-1990; IN COMMERCE 10-1-1990.

FOR: BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-1-1998; IN COMMERCE 10-1-1998.

FOR: STUFFED TOY ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-1998; IN COMMERCE 10-1-1998.

OWNER OF U.S. REG. NOS. 1,574,718, 1,834,147 AND OTHERS.

SER. NO. 75-918,983, FILED 2-16-2000.

TARAH HARDY, EXAMINING ATTORNEY

**Int. Cls.: 6, 9, 14, 16, 18, 20, 21, 25, and 28**

**Prior U.S. Cls.: 2, 3, 13, 22, 25, 26, 27, 28, 30, 37, 39, 41, and 50**

**Reg. No. 1,834,147**

## United States Patent and Trademark Office

Registered May 3, 1994

### TRADEMARK
### PRINCIPAL REGISTER



TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION,
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: KEY RINGS, IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: SUNGLASSES, AUTOMATIC UNITS FOR STORING AND DIALING PHONE NUMBERS, BINOCULARS, AND COMPACT DISC HOLDERS, IN CLASS 9 (U.S. CL. 26).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: CLOCKS AND WORLD TIME CLOCKS, IN CLASS 14 (U.S. CLS. 13, 25, 27 AND 28).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: BALLPOINT PENS, IN CLASS 16 (U.S. CLS. 37 AND 50).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: UMBRELLAS AND ATTACHE CASE, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: NON-METAL KEY RINGS AND KEY CHAINS, IN CLASS 20 (U.S. CLS. 13, 25 AND 50).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: DRINKING CUPS, IN CLASS 21 (U.S. CLS. 2 AND 30).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: JACKETS, SWEAT SHIRTS, CAPS, SWEATERS, POLO SHIRTS, SPORT SHIRTS, PULLOVERS, WINDBREAKERS, VISORS, GOLF SHIRTS, AND CREWNECKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-1-1989; IN COMMERCE 11-1-1989.

FOR: GOLF BALLS, GOLF BAGS, GOLF BAG TRAVEL COVERS, HEAD COVERS FOR GOLF CLUBS, AND GOLF BALL SPOTTERS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 8-1-1990; IN COMMERCE 8-1-1990.

SN 74-102,107, FILED 10-1-1990.

CYNTHIA GREER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# LEXUS

**Reg. No. 5,810,473**

**Registered Jul. 23, 2019**

**Int. Cl.: 21, 25**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA  (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, Toyota-cho, Toyota-shi
Aichi-ken, JAPAN 471-8571

CLASS 21: drinkware

FIRST USE 2-29-1996; IN COMMERCE 2-29-1996

CLASS 25: clothing, namely, t-shirts, shirts, vests, sweatshirts, sweaters, jackets, hats, and caps

FIRST USE 2-29-1996; IN COMMERCE 2-29-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1574718, 1675339, 1739201

SER. NO. 87-947,438, FILED 06-04-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cl.: 19

**Reg. No. 1,574,718**

**United States Patent and Trademark Office**     Registered Jan. 2, 1990

10 Year Renewal     Renewal Term Begins Jan. 2, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## LEXUS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION) 1, TOYOTA-CHO, TOYOTA-SHI AICHI-KEN, JAPAN

  PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO.

693390, FILED 2–17–1987, REG. NO. 426733, DATED 2–17–1987.

  FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL. 19).

  SER. NO. 73–676,634, FILED 8–5–1987.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 12, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,574,718
Registered Jan. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## LEXUS

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION)
1, TOYOTA-CHO, TOYOTA-SHI :AICHI-KEN, JAPAN

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL. 19).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX CONV APPLICATION NO. 693390, FILED 2–17–1987, REG. NO. 426733, DATED 2–17–1987, EXPIRES 2–17–1997.

SER. NO. 73–676,634, FILED 8–5–1987.

DAVID H. STINE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,938,649**

**Registered Jan. 03, 2023**

**Int. Cl.: 7, 11, 12**

**Trademark**

**Principal Register**

TOYOTA JIDOSHA KABUSHIKI KAISHA  (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, Toyota-cho, Toyota-shi
Aichi-ken, JAPAN 471-8571

CLASS 7: Oil filters; air filters for automobile engines; spark plugs; fuel filters

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

CLASS 11: Air filters for domestic use

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

CLASS 12: Brake pads for automobiles; disks for clutches for land vehicles; covers for clutches for land vehicles

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

The color(s) red and white is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of product packaging featuring a repeating pattern of alternating diagonal white and red bands. In the white band is a design consisting of a white oval outlined in red featuring a stylized letter "T" formed by a curved red band intersecting a narrow white oval outlined in red followed to the right by the stylized wording "TOYOTA" in red, and followed underneath by a red rectangle containing the stylized wording "GENUINE PARTS" all in white. In the red band is a design consisting of a red oval outlined in white featuring a stylized letter "L" in white and followed to the right by the stylized wording "LEXUS" in white, and followed underneath by the stylized wording "GENUINE PARTS" all in white. The aforementioned designs and wording repeat throughout the white and red bands respectively, and for each pair of white and red bands, all of the aforementioned wording and designs appear in a reverse orientation relative to the adjacent pair of bands. The broken lines depicting the overall shape and folds of the packaging indicate



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



placement of the mark on the packaging and are not claimed as part of the mark.

OWNER OF U.S. REG. NO. 1574718, 1797716, 0843138

No claim is made to the exclusive right to use the following apart from the mark as shown: "GENUINE PARTS"

SER. NO. 90-651,249, FILED 04-16-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.